ORIGINAL

**FILED IN OPEN COURT**
U.S.D.C ATLANTA

JUL 2 7 2010

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA           :
                                   :
            v.                     :
                                   :        CRIMINAL INDICTMENT
                                   :
KELCEY PIERRE MILLER (01)          :        No.
     a/k/a "Bashir"                :
     a/k/a "Shake"                 :
RAHMAN HILL (02)                   :
JABBAR IVAN PENDER (03)            :
     a/k/a James Earl Pender       :      1  10-CR-326
KEITH LAMONE RICHARD (04)          :
PETER RAYMOND WILLIAMS (05)        :

THE GRAND JURY CHARGES THAT:

### COUNT ONE
### Conspiracy to Defraud the United States
### With False Claims For Payment
### 18 U.S.C. § 286

1.    Beginning on or about December 14, 2005, and continuing

until June 27, 2007, in the Northern District of Georgia and

elsewhere, defendants KELCEY PIERRE MILLER a/k/a "Shake," a/k/a

"Bashir," RAHMAN HILL, JABBAR IVAN PENDER a/k/a James Earl

Pender, KEITH LAMONE RICHARD, and PETER RAYMOND WILLIAMS, did

knowingly and willfully agree, combine, conspire, and have a

tacit understanding with each other and others known and unknown

to the Grand Jury to defraud the United States, and any

department and agency thereof, by obtaining the payment and

allowance of materially false, fictitious, and fraudulent claims

for income tax refunds, as more particularly described below, in violation of Title 18, United States Code, Section 286:

### Background

2.    It is relevant to the conspiracy that:

A.    The Internal Revenue Service (IRS) is an agency of the United States Department of Treasury that is responsible for the ascertainment and collection of revenue, including income tax revenue, and the disbursement of tax refunds to taxpayers whose tax payments in a particular year exceed the amount of their tax liability.

B.    An IRS Form W-2 Wage and Tax Statement is a document employers issue that reports information relevant to the determination of an employee's tax liability, including the employee's annual compensation and the amount of federal income tax withheld during the year.   The employee submits a W-2 Form to the IRS with his or her federal income tax return.

C.    Individual taxpayers who have had income taxes withheld in a tax year in an amount in excess of their income tax liability are entitled to a refund from the IRS based on what is reported in their federal income tax return for that year.

### Object

3.    It was the object of the conspiracy for defendants KELCEY PIERRE MILLER, RAHMAN HILL, JABBAR IVAN PENDER, KEITH

2

LAMONE RICHARD, and PETER RAYMOND WILLIAMS to obtain payments from the United States Department of Treasury based upon material false, fictitious, and fraudulent claims for income tax returns made to the IRS.

### Manner and Means

4.    To accomplish the object of the conspiracy:

A.    Defendants RAHMAN HILL, JABBAR IVAN PENDER, KEITH LAMONE RICHARD, and PETER RAYMOND WILLIAMS obtained individuals' names and Social Security numbers and provided them to defendant KELCEY PIERRE MILLER to be used in the filing of fraudulent income tax returns.

B.    Defendant KELCEY PIERRE MILLER filed at least 123 fraudulent federal income tax returns for tax years 2004, 2005 and 2006 using individuals' names and Social Security numbers that he obtained from defendants RAHMAN HILL, JABBAR IVAN PENDER, KEITH LAMONE RICHARD, and PETER RAYMOND WILLIAMS, and other sources.  The fraudulent returns contained material false and fictitious information relating to, among other things, the purported taxpayers' names and addresses, employment, earnings, income tax withheld, deductions, and refunds due.

C.    The 123 fraudulent federal income tax returns filed by defendant KELCEY MILLER also contained material false and fictitious W-2 forms.

3

D.    The 123 returns that defendant KELCEY PIERRE MILLER filed claimed refunds totaling approximately $1,660,152, which the IRS paid by electronically depositing the refunds into one of six E*Trade bank accounts that had been opened in the names of Charmaine G., Shareef R., Kevin M., Myron H., Seneca H., and David C ("the E*Trade accounts").  The IRS deposited the refunds by electronic wire transfer from its facilities in California or Pennsylvania to the E*Trade computer servers in Georgia.

E.    Directly and through third parties, the defendants withdrew money from the E*Trade accounts electronically, and with ATM cards and checks.  Between December 2005 and March 2007, approximately $830,000 in cash withdrawals were made from the E*Trade accounts at ATM machines.  Defendant KELCEY PIERRE MILLER, for example, directed defendants KEITH LAMONE RICHARD and PETER RAYMOND WILLIAMS to use ATM cards to make cash withdrawals from some or all of the six E*Trade accounts.  MILLER generally let RICHARD or WILLIAMS keep a small share of every $1,000 they withdrew using the ATM cards.  MILLER also had friends use ATM cards to withdraw money from the E*Trade accounts, and he would let them keep a small share of the cash they withdrew.

F.    Directly and through third parties, the defendants purchased hundreds of money orders, each usually in the amount of

4

$500, at supermarkets in the Northern District of Georgia using funds from the E*Trade accounts.  Such money orders included more than 100 $500 money orders purchased in 2006 and 2007 that were payable to defendant KELCEY PIERRE MILLER's business, defendant JABBAR IVAN PENDER or PENDER's business, and defendants KEITH LAMONE RICHARD and PETER RAYMOND WILLIAMS.

G.  Dozens of checks were drawn on the E*Trade accounts and deposited in the defendants' bank accounts.  Such checks included 31 checks totaling more than $261,400 drawn on the Seneca H. and Myron H. accounts in 2006 and deposited into bank accounts that defendant MILLER controlled.

H.  Money was occasionally electronically transferred from the E*Trade accounts.  Such transfers include nine transfers made between December 2006 and March 2007 when computers in MILLER's home and business, both of which were in the Northern District of Georgia, accessed the Kevin M. account and transferred approximately $38,000 from the account to pay MILLER's and MILLER's wife's credit card bills.

I.  Defendant RAHMAN HILL opened the E*Trade accounts in the names of Charmaine G. and Shareef R., and he traveled to New Jersey to obtain the bank card, PIN, and other information relating to the Charmaine G. account from defendant JABBAR PENDER.  HILL used bank cards from the E*Trade accounts to

5

withdraw cash and purchase money orders, and he occasionally used the money orders to pay his credit card bills and mortgage payments.

### Overt Acts

5.   In furtherance of the conspiracy, and to effect the purposes and objects thereof, the defendants committed overt acts in the Northern District of Georgia and elsewhere, including but not limited to the following:

A.   Between December 14, 2005, and March 12, 2007, defendant KELCEY PIERRE MILLER filed at least 123 fraudulent federal income tax returns by mailing them or causing them to be mailed by the Postal Service to the Internal Revenue Service center in Atlanta, Georgia.  The fraudulent returns were filed using individuals' names and Social Security numbers that MILLER obtained from defendants RAHMAN HILL, JABBAR IVAN PENDER, KEITH LAMONE RICHARD, and PETER RAYMOND WILLIAMS and other sources. The fraudulent returns contained material false and fictitious information relating to, among other things, addresses, employment, earnings, income tax withheld, mortgage interest and other deductions, credits against tax, and tax refunds due.

B.   Between December 14, 2005, and March 12, 2007, defendant KELCEY PIERRE MILLER filed at least 123 fraudulent federal income tax returns using W-2 forms that contained

material false and fictitious information.

        C.    Between December 14, 2005, and March 12, 2007, defendant KELCEY PIERRE MILLER filed at least 123 fraudulent federal income tax returns that claimed refunds totaling approximately $1,660,152.  The IRS electronically paid those refunds and electronically transferred the money to E*Trade bank accounts that had been opened in the names of Charmaine G., Shareef R., Kevin M., Myron H., Seneca H., and David C. Defendants MILLER, RAHMAN HILL and PETER RAYMOND WILLIAMS accessed those accounts during the conspiracy period using computers that were located in their homes or businesses in the Northern District of Georgia.

        D.    Between December 2006 and March 2007, computers from defendant KELCEY PIERRE MILLER's home and business accessed the Kevin M. account and electronically transferred over $38,000 to pay MILLER's and MILLER's wife's credit card bills, as follows:

| Date of Transfer From Kevin M. Account | Amount | Credit Card Account Paid |
|---|---|---|
| 12/06/2006 | $6,716.87 | April Parker's VISA account XXXX-XXXX-XXXX-8026 |
| 12/06/2006 | $4,689.26 | MILLER's VISA account XXXX-XXXX-XXXX-2822 |
| 12/11/2006 | $3,120.74 | April M. Parker's Platinum MasterCard account XXXX-XXXX-XXXX-5744 |

7

| 12/11/2006 | $7,329.36 | April M. Parker's Target Credit Account XXXX-XXXX-XXXX-0592 |
| 02/14/2007 | $1,338.00 | April M. Parker's Platinum MasterCard account XXXX-XXXX-XXXX-5744 |
| 02/21/2007 | $4,495.99 | April M. Parker's Platinum MasterCard account XXXX-XXXX-XXXX-5744 |
| 02/16/2007 | $3,743.99 | April Parker's VISA account XXXX-XXXX-XXXX-8026 |
| 02/16/2007 | $3,841.09 | MILLER's VISA account XXXX-XXXX-XXXX-2822 |
| 03/19/2007 | $2,893.39 | April Parker's VISA account XXXX-XXXX-XXXX-8026 |

E.    Between on or about August 12, 2006, and on or about August 15, 2006, eight checks totaling approximately $44,100 were drawn on the Seneca H. and Myron H. accounts and deposited into defendant JABBAR IVAN PENDER's personal and business checking accounts.

F.    Between on or about December 1, 2006, and on or about March 11, 2007, money orders totaling approximately $19,450 were drawn on the Charmaine G., Kevin M., and Sharef R. accounts payable to defendant PETER RAYMOND WILLIAMS or his business, and deposited into WILLIAMS' personal and business checking accounts.

G.    Between on or about December 2, 2006, and on or about February 22, 2007, money orders totaling approximately $22,000 were drawn on the Charmaine G., Kevin M., and Sharef R.

8

accounts payable to defendant JABBAR IVAN PENDER or his business, "Heistmenwork LLC," and deposited into PENDER's personal and business checking accounts.

H.   Between on or about December 13, 2006, and on or about December 17, 2006, money orders totaling approximately $14,000 were drawn on the David C. account payable to defendant KEITH LAMONE RICHARD and deposited into RICHARD's personal and business checking accounts.

I.   On or about August 18, 2006, defendant KELCEY PIERRE MILLER purchased a 50-inch plasma television for defendant PETER RAYMOND WILLIAMS using a debit card that withdrew approximately $3,981.22 from the Myron H. account.

J.   On June 27, 2007, defendant KELCEY PIERRE MILLER possessed lists of dozens of individuals' names, addresses, dates of birth, Social Security numbers, E*Trade account numbers, and passwords.

K.   On June 27, 2007, defendant KELCEY PIERRE MILLER possessed a fraudulent Georgia driver's license that bore his picture, but Kevin M.'s name, and the street address of 616 McAfee Street, Atlanta, where MILLER did not live, but where he received mail in the name of Myron H.   MILLER also possessed bank and credit cards in the names of Oscar F., Vincent C., and Dominick L.   MILLER also possessed a list of names, dates of

9

birth, and Social Security numbers of dozens of individuals, including Dominick L.

   L. On June 27, 2007, defendant KELCEY PIERRE MILLER possessed a money order payable to First Electronic Bank in the amount of $375 that had been purchased using funds from the Kevin M. account.

   M. On June 27, 2007, defendant KELCEY PIERRE MILLER possessed a sheet of W-2 forms that purported to report income earned by Donnie M. G. while purportedly employed at Hormel Foods Corporation and Georgia Network Cabling Corporation.  MILLER also possessed a Georgia driver's license and a Social Security card in the name of Donnie M. G.

   N. On June 27, 2007, defendant KELCEY PIERRE MILLER possessed user names, passwords, and other information relating to the Myron H. and Seneca H. accounts used in the conspiracy to receive fraudulent tax refunds and disperse their proceeds.

   O. On June 27, 2007, defendant RAHMAN HILL possessed lists of individuals' names, dates of birth, and Social Security numbers, and mail addressed to defendant KELCEY PIERRE MILLER.

  All in violation of Title 18, United States Code, Section 286.

### COUNTS TWO-TWELVE
### Wire Fraud
### 18 U.S.C. § 1343

6.    The Grand Jury re-alleges and incorporates by reference the factual allegations set forth in paragraphs 2 through 5.

7.    Beginning on or about November 22, 2006, and continuing at least until on or about March 15, 2007, in the Northern District of Georgia, the defendant, KELCEY PIERRE MILLER a/k/a "Bashir" a/k/a "Shake," for the purpose of executing and carrying out the scheme to defraud the United States by filing false claims for income tax refunds as charged in Count One above, and for obtaining money and property by means of material false and fraudulent pretenses, representations, and promises, did knowingly and willfully cause to be transmitted, by means of wire communication in interstate commerce, certain signs, signals and sounds, specifically, MILLER filed at least eleven false and fraudulent claims for income tax refunds with the IRS Service Center in Atlanta that directed the IRS to deposit the refunds into the E*Trade account XXXX8320, which had been fraudulently opened in the name of Kevin M., and consequently, the IRS transferred the refunds into the Kevin M. account via wire transfers from IRS facilities in California or Pennsylvania to the E*Trade computer servers located in Georgia, such that on the dates listed below in Column B, the IRS electronically

11

transferred the refund amounts listed in Column C, based on the
fraudulent returns filed in the purported taxpayers' names listed
in Column D:

| (A)  Count | (B)  Dates Refunds Wired To Kevin M. Account | (C)  Refund Amounts | (D)  Purported Taxpayer Name |
|---|---|---|---|
| 2. | November 22, 2006 | $6,546.12 | Amanda C. |
| 3. | November 29, 2006 | $17,420.51 | Corie C. |
| 4. | December 6, 2006 | $17,424.33 | Calvin L. |
| 5. | December 6, 2006 | $17,424.33 | Jason B. |
| 6. | December 6, 2006 | $17,435.79 | Maurice V. |
| 7. | December 6, 2006 | $17,224.33 | Andrew L. |
| 8. | December 28, 2006 | $14,763.65 | Arthur V. |
| 9. | February 16, 2007 | $12,621.00 | Delmario W. |
| 10. | February 16, 2007 | $16,134.00 | Emmanuel K. |
| 11. | February 22, 2007 | $16,134.00 | Denangelo B. |
| 12. | March 15, 2007 | $14,158.04 | Anthony G. |

All in violation of Title 18, United States Code, Section
1343.

## COUNT THIRTEEN
### Aggravated Identity Theft
### 18 U.S.C. § 1028A

8.   The Grand Jury re-alleges and incorporates by reference
the factual allegations set forth in paragraphs 2 through 5, and
7.

9.   On or about June 27, 2007, in the Northern District of
Georgia, the defendant, KELCEY PIERRE MILLER a/k/a "Bashir" a/k/a

"Shake," during and in relation to the wire fraud offenses charged in Count Two-Twelve above, knowingly possessed without lawful authority a means of identification of another person, that is, a fraudulent Georgia driver's license in the name of Kevin M. that bore MILLER's picture, in violation of Title 18, United States Code, Section 1028A.

A ___*True*___ BILL

_____
FOREPERSON


SALLY QUILLIAN YATES
UNITED STATES ATTORNEY


WILLIAM G. TRAYNOR
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 716634
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6000
404-581-6181 (fax)