U.S. Department of Justice
United States Attorney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

FILED IN OPEN COURT
U.S.D.C ATLANTA
JUL 2 7 2010
JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

DIVISION Atlanta
(USAO 2009R00635)

DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
IN UNITED STATES DISTRICT COURT

COUNTY NAME: Fulton

DISTRICT COURT NO. 1:10-CR-326

MAGISTRATE CASE NO. _____

_X_ Indictment            __ Information            __ Magistrate's Complaint
DATE: 7/27/10      DATE:                     DATE:

UNITED STATES OF AMERICA
vs.
**KELCEY PIERRE MILLER**
a/k/a "Bashir," "Shake"

SUPERSEDING

Prior Case No. & Date Filed

VIOLATION:

COUNTS CHARGED:
(as to deft)
GREATER OFFENSE CHARGED:
_X_ Felony     __ Misdemeanor

TOTAL COUNTS:
(as to deft)

**DEFENDANT:**

IS NOT IN CUSTODY:

1. _X_ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. __ Fugitive.
3. __ Is on bail or release from (district, state & date): _____

DATE OF ARREST: _____
Or if arresting agency & warrant were not Federal: _____

DATE TRANSFERRED TO U.S. CUSTODY: _____
Are there any outstanding warrants in this proceeding __ Yes __ No
Date: _____           Issued by: _____

IS IN CUSTODY:

4. __ On this charge.
5. __ On another conviction.
6. Awaiting trial on other charges __ Yes __ No
   ____ Federal     __ State
   If Yes, show name of institution _____
   Has detainer been filed __ Yes     __ No
   If Yes, give date _____

ADDITIONAL INFORMATION OR COMMENTS:

MAGISTRATE: _____
JUDGE:
A.U.S.A.: William G. Traynor
DEFT'S ATTY:

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY
BY: William G. Traynor
Assistant United States Attorney

DATE: 7/27/10