U.S. Department of Justice
United States Attorney
Northern District of Georgia

**FILED IN OPEN COURT**
U.S.D.C. ATLANTA

JUL 27 2010

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

## United States District Court
NORTHERN DISTRICT OF GEORGIA
Atlanta Division

United States

v.

KELCEY PIERRE MILLER

**Agent to Arrest**

No. 1:10-CR-326

## PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter in the above-stated case.

_____
WILLIAM G. TRAYNOR
Assistant United States Attorney

Filed In Clerk's Office, this _____
of _____, 20 _____

_____
Clerk

By _____
Deputy Clerk

**ISSUED AND DELIVERED TO U.S. MARSHALL**
7/28/10
BY: _____
DEPUTY CLERK

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94