## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

RECEIVED
2010 JUL 28 PM 4: 19
U.S. MARSHALS SERVICE
NORTHERN GEORGIA

UNITED STATES OF AMERICA,

vs.

KELCEY PIERRE MILLER
**(Agent to Arrest)**

**WARRANT FOR ARREST**

CASE NO. 1:10-CR-326-1

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest KELCEY PIERRE MILLER and bring him or her forthwith to the nearest magistrate to answer a(n)

■ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Conspiracy to Possess with Intent to Distribute Controlled Substance

in violation of **Title 21, United States Code, Section(s) 846, 841**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 0 4 2010
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

JAMES N. HATTEN
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

July 28, 2010 at Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By: _____
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

8/2/10 Returned unexecuted for superseding warrant dated 7/30/10

Date Received: _____

Name and Title of Arresting Officer

Date of Arrest: _____

Signature of Arresting Officer