# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

RECEIVED
2010 JUL 30 AM 11:34
U.S. MARSHALS SERVICE
NORTHERN GEORGIA

UNITED STATES OF AMERICA,

vs.

KELCEY PIERRE MILLER

(Agent to Arrest)

WARRANT FOR ARREST

CASE NO. 1:10-CR-326-TWT

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 16 2010

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest KELCEY PIERRE MILLER and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Conspiracy to Defraud Government Respect to Claim

in violation of **Title 18, United States Code, Section(s) 286**

JAMES N. HATTEN
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

July 30, 2010 at Atlanta, Georgia
Date and Location

Bail Fixed at $ _____

By: _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

by IRS at

Date Received: _____

Date of Arrest: 8-6-10

# 43581-019

U.S. Marshals Service
75 Spring Street Rm 1669
Atlanta, Georgia 30303
Name and Title of Arresting Officer

by: Shoni Benton
USMS N/GA
Signature of Arresting Officer