# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:10-cr-00326-TWT-JFK
### USA v. Miller et al
### Honorable Janet F. King

Minute Sheet for proceedings held In Open Court on 09/20/2010.

| | |
|---|---|
| TIME COURT COMMENCED: 9:30 A.M. | |
| TIME COURT CONCLUDED: 9:50 A.M. | COURT REPORTER: FTR |
| TIME IN COURT: 00:20 | DEPUTY CLERK: Lavonia Wade-Childs |

| | |
|---|---|
| DEFENDANT(S): | [1]Kelcey Pierre Miller NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Thomas Hawker representing Kelcey Pierre Miller<br>William Traynor representing USA |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| PRETRIAL CONFERENCE INFO: | Rule 16(PTO ¶¶ II.B./IV.A.-Defendant) Provided<br>Rule 12(b)(4) (PTO ¶¶ II.B./IV.B.-Defendant) Provided<br>Rule 404(b)(PTO ¶IV.C.-Defendant) Will Be Provided<br>Expert Witness-Government Requested , None. |
| MOTIONS RULED ON: | DFT#1-[51]Motion for Bill of Particulars TAKEN UNDER ADVISEMENT Government to respond.<br>DFT#1-[52]Motion to Sever Defendant TAKEN UNDER ADVISEMENT Government to respond.<br>DFT#1-[53]Motion to Suppress Evidence TAKEN UNDER ADVISEMENT<br>DFT#1-[54]Motion to Suppress Evidence TAKEN UNDER ADVISEMENT<br>DFT#1-[55]Motion to Suppress Evidence TAKEN UNDER ADVISEMENT Defendant to supplement after hearing.<br>DFT#1-[56]Motion to Suppress Evidence TAKEN UNDER ADVISEMENT Defendant to supplement after hearing. |
| MINUTE TEXT: | Suppression Hearing set Thursday, NOVEMBER 18, 2010 at 9:30 a.m. |