FEDERAL DEFENDER PROGRAM, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

SUITE 1500, CENTENNIAL TOWER
101 MARIETTA STREET, N.W.
ATLANTA, GEORGIA 30303

STEPHANIE KEARNS
EXECUTIVE DIRECTOR

TELEPHONE
404 688-7530
800 688-7538
FAX
404 688-0768

December 10, 2010

<u>Via ECF</u>

Courtroom Deputies
United States District Court
   for the Northern District of Georgia
75 Spring Street, S.W.
Atlanta, GA 30303

Re:    Attorney Leave Notice

Dear Courtroom Deputy:

This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be on vacation December 21-29, 2010.  It is respectfully requested that the Court not schedule any court appearances in the above-referenced matters for those dates.  Thank you for your consideration in this matter.

                                        Sincerely,

                                        <u>/s/ Thomas Hawker</u>
                                        Thomas Hawker

cc:    AUSA's (by ECF)

| <u>Cases Noticed</u> | <u>Docket No.</u> |
|---|---|
| United States v. Martez Howard | 1:10-CR-00121-ODE-GGB |
| United States v. Anthony C. Atwater | 1:10-CR-00155-JOF-ECS |
| United States v. Tierre Moulton | 1:10-CR-00120-MHS-RGV-1 |
| United States v. Jones | 1:10-CR-132-RWS/AJB |
| United States v. Schumaker | 1:07-CR-289-JLG/ECS |
| United States v. Cordell | 4:09-CR-00006-CAP-WEJ |
| United States v. Howard | 1:10-CR-00121-ODE-GGB-1 |
| United States v. Astin | 1:10-CR-00203-WSD-AJB-1 |
| United States v. Chitwood | 4:10-CR-29-RLV-WEJ |
| United States v. Miller | 1:10-CR-00326-TWT-JFK-1 |
| United States v. Tsurikov | 1:09-CR-491-JEC-CCH |
| United States v. Sanders | 1:10-CR-00495-ODE -JFK-2 |
| United States v. Mounkassa | 1:98-CR-00354-JEC-JED-1 |