IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>KELCEY PIERRE MILLER<br><br>Defendant | CRIMINAL ACTION NO.<br>1:10cr326-01-TWT |

O R D E R

Thomas Hawker's Request for Leave of Absence [67] is before the Court for determination. The Court GRANTS the Request for Leave of Absence for Mr. Hawker in the above case for the period of time of December 21, 2010 through December 29, 2010.

The court finds the granting of this request is in the interest of justice and all time accruing is excluded according to the provisions of 18 U S C§3161(h)(7)(B)(iv) allowing counsel reasonable time necessary for effective preparation.

SO ORDERED, this 13th day December, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE