# UNITED STATES PROBATION OFFICE
## Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 2 8 2011

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

## *NOTICE TO CLERK'S OFFICE*
## *OF*
## *DEFENDANT'S CHANGE OF ADDRESS*

**Name:** Kelcey Miller                          **Date:** January 27, 2011

**Aka:**

**Docket No:** 1:10-CR-00326-1 TWT

**NEW ADDRESS OF DEFENDANT:**          386 Jordan Dr
                                        Tucker, GA 30084

Rana R. Riner
U. S. Probation Officer

**Division:** Atlanta