UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA                    CRIMINAL ACTION NO.
V                                           1:10cr326-01-TWT
KELCEY PIERRE MILLER

## NOTICE OF SENTENCING DATE

TO: Above named defendant.

By direction of the Honorable Thomas W. Thrash, United States District Judge, that you are ordered to appear in the United States District Court for the Northern District of Georgia on **July 7, 2011, 11:00 a.m., Courtroom 2108**, 75 Spring St., SW, Atlanta, Ga., 30303, for imposition of sentence. **You will receive no further notice.**

If you are under bond, your failure to appear for sentencing will result in forfeiture of your bond.

It is further ordered that a Pre-sentence Investigation & Report be completed and, that you should immediately report to the United States Probation Office of this Court for interview and further instruction. **(9th Floor).**

April 20, 2011

Received
by Counsel _____

Received
by Defendant _____

James N. Hatten, Clerk
/s/Sheila Sewell
Sheila Sewell, Courtroom Deputy Clerk

**NOTE:** No continuance can be granted except by Order of the Court. Any request should be brought to the Court's attention as soon as possible by having your attorney call the Courtroom Deputy Clerk whose name appears above. Telephone number 404-215-1555. E-Mail - sheila_sewell@gand.uscourts.gov.

Plea ( )        Bond (x)
Trial ( )       Federal Custody ( )
Nolo ( )        State Custody ( )           Asst. U. S. Atty. W. Traynor
Negotiated      USM Custody ( )
Plea (x)

Original signed by defendant & counsel, others are conformed copies