

**U.S. Department of Justice**

United States Attorney
Northern District of Georgia

---

*Suite 600 Richard Russell Building   Telephone (404)581-6000*
*75 Spring Street, S.W.                Fax (404)581-6181*
*Atlanta, Georgia  30303*

April 26, 2011

Courtroom Deputies
U.S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303

    Re:   Leave of Absence

Dear Courtroom Deputies:

    This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office on the following dates:

        **June 6 through June 10, 2011**
        **July 5 through July 8, 2011**
        **July 27 through July 29, 2011**
        **October 11 through October 21, 2011**

    I request that the Court not schedule any court appearances in the following matters for those dates:

| | |
|---|---|
| *United States v. Duque*<br>*Duque v. United States* | 4:05-CR-057-03-HLM<br>4:11-CV-063-HLM |
| *Henderson v. United States* | 1:11-CV-621-WBH<br>1:03-CR-648-WBH |
| *United States v. Fresh* | 1:11-CR-163-ODE |
| *United States v. Tapia* | 1:11-CR-070-SCJ |
| *Mooney v. United States* | 1:10-CV-3195-TWT<br>1:07-CR-060-TWT |

| | |
|---|---|
| *United States v. Edwards* | 3:09-CR-004-RLV |
| *United States v. Freeman, et al.* | 4:09-CR-035-RLV |
| *United States v. Ashley* | 1:11-CR-142-JEC |
| *Smith v. United States* | 1:08-CV-231<br>1:01-CR-841 |
| *United States v. Cordell* | 4:09-CR-006-HLM |
| *United States v. Miller, et al.* | 1:10-CR-326-TWT |
| *United States v. Houser* | 4:10-CR-012-HLM |

    Sincerely,

    SALLY QUILLIAN YATES
    UNITED STATES ATTORNEY


    /S/WILLIAM G. TRAYNOR
    ASSISTANT UNITED STATES ATTORNEY


cc:   Counsel of Record (via ECF notification)