IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>KELCEY PIERRE MILLER, et al<br><br>Defendant | CRIMINAL ACTION NO.<br>1:10cr326-TWT |

O R D E R

William Traynor's Request for Leave of Absence [89] is before the Court for determination. The Court GRANTS the Request for Leave of Absence for Mr. Traynot in the above case for the period of time of June 6, 2011 through June 10, 2011, July 5, 2011 through July 8, 2011, July 27, 2011 through July 29, 2011 and October 11, 2011 through October 21, 2011.

The court finds the granting of this request is in the interest of justice and all time accruing is excluded according to the provisions of 18 U S C§3161(h)(7)(B)(iv) allowing counsel reasonable time necessary for effective preparation.

SO ORDERED, this 4th day May, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE