```
              IN THE UNITED STATES DISTRICT COURT

            FOR THE NORTHERN DISTRICT OF GEORGIA

                      ATLANTA DIVISION


UNITED STATES OF AMERICA        :
                                :
      Plaintiff,                :
                                :        CRIMINAL ACTION
                                :        NO. 1:10-CR-326
         v.                     :
                                :
Kelcey Miller                   :
                                :
      Defendant.                :
```

## NOTICE OF ENTRY OF APPEARANCE

Assistant U.S. Attorney Cynthia B. Smith herein files notice of her appearance, and respectfully requests that she be added as counsel for plaintiff.

                                      Respectfully submitted,

                                      S/CYNTHIA B. SMITH
                                      ASSISTANT U.S. ATTORNEY
                                      Georgia Bar No. 655473
                                      600 U.S. Courthouse
                                      75 Spring Street, S.W.
                                      Atlanta, Georgia  30303
                                      (404)581-6350
                                      (404)581-6167

**CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed the within and foregoing document with the Clerk of Court using the CM/ECF system and that I have served the following by depositing a copy of the same in the United States mail addressed as follows:

>Thomas L. Hawker
>Federal Defender Program, Inc.
>Suite 1500, Centennial Tower
>101 Marietta Street, N.W.
>Atlanta, GA 30303

This 10th day of May, 2011.

>s/CYNTHIA B. SMITH
>Assistant U.S. Attorney