**FEDERAL DEFENDER PROGRAM, INC.**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

SUITE 1500, CENTENNIAL TOWER
101 MARIETTA STREET, N.W.
ATLANTA, GEORGIA 30303

STEPHANIE KEARNS
EXECUTIVE DIRECTOR

TELEPHONE
404 688-7530
800 688-7538
FAX
404 688-0768

April 22, 2011

<u>Via ECF</u>

Courtroom Deputies
United States District Court
   for the Northern District of Georgia
75 Spring Street, S.W.
Atlanta, GA 30303

Re:     Attorney Leave Notice

Dear Courtroom Deputy:

      This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be on vacation May 27 and 31, 2011.  It is respectfully requested that the Court not schedule any court appearances in the above-referenced matters for those dates.  Thank you for your consideration in this matter.

Sincerely,

*/s/ Thomas Hawker*
Thomas Hawker

cc:     AUSA's (by ECF)

| <u>Cases Noticed</u> | <u>Docket No.</u> |
|---|---|
| United States v. Howard | 1:10-CR-00121-ODE-GGB-1 |
| United States v. Moulton | 1:10-CR-00120-MHS-RGV-1 |
| United States v. Jones | 1:10-CR-132-RWS/AJB |
| United States v. Schumaker | 1:07-CR-289-JLG/ECS |
| United States v. Cordell | 4:09-CR-00006-CAP-WEJ |
| United States v. Astin | 1:10-CR-00203-WSD-AJB-1 |
| United States v. Miller | 1:10-CR-00326-TWT-JFK-1 |
| United States v. Tsurikov | 1:09-CR-491-JEC-CCH |
| United States v. Sanders | 1:10-CR-00495-ODE -JFK-2 |
| United States v. Googins | 2:10-CR-044-WCO-SAC |
| United States v. Lewis | 1:11-CR-00018-UNA |
| United States v. Gish | 1:10-CR-00370-CAP-GGB-1 |
| United States v. Anderson | 2:06-CR-00044-RWS |
| United States v. Ramirez Valdovinos | 1:11-CR-00236-UNA-1 |
| United States v. De La Cruz De La Cruz | 1:11-CR-00213-JEC -JFK-1 |
| United States v. Moore | 1:01-CR-00371-JEC-JMF-2 |