# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:10-cr-00326-TWT-JFK
## USA v. Miller et al
## Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 07/07/2011.

TIME COURT COMMENCED: 11:06 A.M.
TIME COURT CONCLUDED: 11:40 A.M.
TIME IN COURT: 0:34
OFFICE LOCATION: Atlanta

COURT REPORTER: Susan Baker
USPO: Felicia White
DEPUTY CLERK: Sheila Sewell

| | |
|---|---|
| DEFENDANT(S): | [1]Kelcey Pierre Miller Present at proceedings |
| ATTORNEY(S) PRESENT: | Thomas Hawker representing Kelcey Pierre Miller<br>William Traynor representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | The Court adopted as facts those not objected to in pre-sentence report as findings of the Court. The Court heard from counsel regarding joint recommendation as to the loss amount. Objections to PSR sustained in part and overruled in part. The Court heard from counsel and determined that this would be a guideline sentence for the reasons stated. The Court pronounced sentence - Custody of Bureau of Prisons 75 months to be followed by 3 years supervised release, $100.00 Special Assessment and restitution of $1,660,152.00 jointly & severally with co-defendants. The Court inquired as to Jones Objections. There were none . The Court advised the defendant of his/her right to appeal the sentence within 14 days. The Court will allow Voluntary Surrender by the defendant when designated by the Bureau of Prisons. Defendant is to continue under the same terms and conditions of current release |
| HEARING STATUS: | Hearing Concluded |