

**U.S. Department of Justice**
United States Marshals Service
75 Spring St. Suite 1600
Atlanta, GA 30303

*Beverly Harvard*
*U.S. Marshal*

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 0 8 2011
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

August 05, 2011

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Mr. Kelcey Miller
1827 San Gabriel Ave.
Decatur, Ga. 30032

Subject: **Voluntary Surrender/Reporting Information**
Reg. No.43581-019 Case No 1:10-CR-326-TWT

Dear Mr. Miller;

Pursuant to the sentence you received in federal court in the Northern District of Georgia, you are hereby directed to report to the following institution to begin service of your federal sentence.

INSTITUTION: **Federal Prison Camp**
**601 McDonough Blvd., S.E.**
**Atlanta, GA 30315**

TELEPHONE NO.: **(404) 635-5100**

REPORT DATE: **NOON August 26, 2011**

Any further inquiries should be directed to the institution at the telephone number listed above.

Respectfully,

BEVERLY HARVARD
UNITED STATES MARSHAL

RONNIE D VIRDEN
CRIMINAL SECTION

cc:
Clerk of Court
Pretrial Services
U.S. Probation Office