

**U.S. Department of Justice**

United States Attorney
Northern District of Georgia

---

*Suite 600 Richard Russell Building   Telephone (404)581-6000*
*75 Spring Street, S.W.                Fax (404)581-6181*
*Atlanta, Georgia  30303*

March 19, 2012

Courtroom Deputies
U.S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303

  Re: Leave of Absence

Dear Courtroom Deputies:

  This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office on the following dates:

   **May 7 through May 15, 2012**
   **June 4 through June 12, 2012**
   **July 17 through July 20, 2012**
   **September 17 through September 25, 2012**

  I request that the Court not schedule any court appearances in the following matters for those dates:

| | |
|---|---|
| *United States v. Houser* | 4:10-CR-012-HLM |
| *United States v. Williams* | 1:03-CR-659-JOF |
| *United States v. Freeman, et al.* | 4:09-CR-035-RLV |
| *United States v. Fowler, et al.* | 1:11-CR-536-SCJ |
| *United States v. Miller, et al.* | 1:10-CR-326-TWT |
| *United States v. Dennison, et al.* | 1:07-CR-420-WCO |
| *United States v. Edwards* | 3:09-CR-004-RLV |
| *United States v. Cordell* | 4:09-CR-006-HLM |

| *Smith v. United States* | 1:08-CV-231<br>1:01-CR-841 |
|---|---|
| *United States v. Jackson* | 1:09-CR-237-SCJ |
| *Mooney v. United States* | 1:10-CV-3195-TWT<br>1:07-CR-060-TWT |
| *United States v. Garrett* | 1:11-CR-361-ODE |
| *Cordero v. United States* | 4:11-CV-298-HLM<br>4:05-CR-057-HLM |
| *Govereh v. United States* | 1:12-CV-403-JEC<br>1:07-CR-131-JEC |

                                Sincerely,

                                SALLY QUILLIAN YATES
                                UNITED STATES ATTORNEY


                                /S/WILLIAM G. TRAYNOR
                                ASSISTANT UNITED STATES ATTORNEY


cc:   Counsel of Record (via ECF notification)