

**U.S. Department of Justice**

United States Attorney
Northern District of Georgia

*Suite 600 Richard Russell Building Telephone (404)581-6000*
*75 Spring Street, S.W. Fax (404)581-6181*
*Atlanta, Georgia 30303*

September 7, 2012

Courtroom Deputies
U.S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303

Re: Leave of Absence

Dear Courtroom Deputies:

This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office on the following dates:

**October 15 through 26, 2012**

I request that the Court not schedule any court appearances in the following matters for those dates:

| | |
|---|---|
| *United States v. Houser* | 4:10-CR-012-HLM |
| *United States v. Fowler, et al.* | 1:11-CR-536-SCJ |
| *United States v. Miller, et al.* | 1:10-CR-326-TWT |
| *United States v. Dennison, et al.* | 1:07-CR-420-WCO |
| *United States v. Edwards* | 3:09-CR-004-RLV |
| *United States v. Cordell* | 4:09-CR-006-HLM |
| *Smith v. United States* | 1:08-CV-231<br>1:01-CR-841 |
| *United States v. Jackson* | 1:09-CR-237-SCJ |
| *Mooney v. United States* | 1:10-CV-3195-TWT<br>1:07-CR-060-TWT |
| *United States v. Garrett* | 1:11-CR-361-ODE |

| | |
|---|---|
| *Cordero v. United States* | 4:11-CV-298-HLM<br>4:05-CR-057-HLM |
| *Govereh v. United States* | 1:12-CV-403-JEC<br>1:07-CR-131-JEC |
| *United States v. Whiters, et al.* | 4:12-CR-009-RLV |
| *United States v. Smith, et al.* | 4:05-CR-003-JEC |
| *United States v. Pineda, et al.* | 1:11-CR-006-CAP |
| *United States v. Lanham* | 1:12-CR-219-RWS |
| *United States v. Ponder* | 3:06-CR-006-TCB |

Sincerely,

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

/S/WILLIAM G. TRAYNOR
ASSISTANT UNITED STATES ATTORNEY

cc: Counsel of Record (via ECF notification)